IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 MAR 17 PM 12:05
JEFFREY P. COLWELL
CLERK
BY K_____ DEP. CLK

Civil Action No. **17-Cv-689**
(To be supplied by the court)

John Doe, Jim Kdeen, aka Jim Kha, aka Maze-By Khadee
aka ~~Arapahoe Colorado 18th Judicial District~~, Plaintiff,
Member of We-2people Advocacy Group

v.

Arapahoe Colorado 18th Judicial District,

Judge Horton,

Judge Samour,

Judge Whitethopel,

Magistrate Katherine Jenski,

Judge Kelly LaFave,

Judge LaRonche,

Arapahoe County Sheriff's Office, Defendant(s).

(List each named defendant on a separate line.)

COMPLAINT + Jury Demand

(Rev. 07/06)

## PARTIES

1. Plaintiff  John Doe ~~Jim Kdeengle Jim Kha~~  is a citizen of  Colorado
   who presently resides at the following address:  ~~8133 S. Bellaire St, #~~ 1301 S. Florence St., Apt 1923, Denver, CO 80247

2. Defendant  Arapahoe Colorado 18th Judicial District  is a citizen of  Colorado
   who live(s) at or is/are located at the following address:
   7325 S. Potomac St., Centennial, CO 80112

3. Defendant  See Attached  is a citizen of _____
   who live(s) at or is/are located at the following address:

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   All parties are residents or work an Arapahoe County Colorado

5. Briefly state the background of your case:

   Plaintiff has had problems with the 18th Judicial District since 2008. Recently plaintiff in the last month or so has started to have harassing actions by the District officials from Judges, to Magistrates, clerks and the Arapahoe Sheriff Deputies at the Courthouse.

(Rev. 07/06)                    2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Discrimination based on National Origin, Religion and way of living.

Magistrate Jenski issued her restraining order against plaintiff without any factual basis, deprived his of his home and property because she was told he is a Muslim different than plaintiffs and that he is a palestinian

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Efforts to silence plaintiff in his exercise of his First Amendment rights for freedom of speech and expression.

Arapahoe County Sheriff and his Deputies have made a concerted effort against plaintiffs publications and had him falsely arrested and falsely charged in order to silence him.

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Conspiracy to commit a crime and committing a crime against plaintiff related to his real, personal and intellectual rights.

18th Judicial District through its Magistrate Kathleen Jenski issued a frivolous Temporary protection order but refused to have a hearing sooner than 14 days to vacate it. Then she recused herself from case at about 2:34pm Yesterday, 3/16/17 during a permanent hearing on the case. Then after plaintiff left the courtroom to attend another hearing at Littleton Division of Arapahoe County, which Jenski was aware of, she made the Temporary order permanent, although her jurisdiction seized at the time she recused herself. The initial order was appealed, hence her jurisdiction has not been valid as of ~~Fe~~ March 1, 2017

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Recuse the 18th Judicial District from Plaintiff's cases and that to each and every Judge in the district as well as each and every magistrate.

Restrain the Sheriff from abusing his authority against Plaintiff

Date: 3/17/17

_____
(Plaintiff's Original Signature)

1301 S. Florence St, #1923
(Street Address)

Denver CO 80247
(City, State, ZIP)

720-589-7744
(Telephone Number)