IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00689-LTB

JIM KDEEN, Member of weZpeople Advocacy Group, a/k/a JOHN DOE, a/k/a JIM KHAEDR, a/k/a MAZEN J. KHERDEEN,

    Plaintiffs,

v.

ARAPAHOE COLORADO 18TH JUDICIAL DISTRICT,
JUDGE HORTON,
JUDGE SAMOUR
JUDGE WEISHAUPL,
MAGISTRATE KATHLEEN JANSKI,
JUDGE KELLY LAFAVE,
JUDGE LARANCHE, and
ARAPAHOE COUNTY SHERIFF'S OFFICE,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 15, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 15th day of June, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/D. Kalsow
                Deputy Clerk